# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**BENITO MANCHA,**

    **Plaintiff,**

    vs.                                    CIV. NO. 1:16-cv-00961-SMV

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**Social Security,**

    **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Second Unopposed Motion for an Extension of Time (Doc. 23) to file a response to Plaintiff's Motion to Reverse and Remand to the Agency for Rehearing with Supporting Memorandum (Doc. 18), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until June 12, 2017 to file a response, and Plaintiff shall have until July 12, 2017 to file a reply.

SIGNED __May 10___, 2017

                                                                    _____
                                                                     STEPHAN M. VIDMAR
                                                                     United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 05/09/2017*
STEPHANIE LYNN F. KILEY
Special Assistant United States Attorney

*Electronically submitted 05/09/2017*
BARBARA JARVIS
Attorney for Plaintiff